RECEIVED

MAR 2 6 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *EX REL.* JUSTIN DALE TUREAU, Plaintiff | CIVIL ACTION NO. 1:18-CV-00973 |
| VERSUS | JUDGE DRELL |
| BEPCO, L.P., *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

---

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion to Remand (Doc. 15) filed by the State *ex. rel.* Tureau be DENIED.

IT IS FURTHER ORDERED that any reference to the State of Louisiana as a party in this litigation be removed.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 25 day of ~~October~~ MARCH, 2018.

_____
DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT