RECEIVED
AUG 12 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JUSTIN DALE TUREAU** | **CIVIL ACT. NO. 1:18-cv-973** |
| -vs- | **JUDGE DRELL** |
| **BEPCO, L.P., ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For written reasons set forth in a Memorandum Ruling signed this date,

**IT IS ORDERED** that the Court **ADOPTS** the result but not the balance of the report and recommendation (Doc. 66).

**IT IS FURTHER ORDERED** that the motions to dismiss (Docs. 17 & 18) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that this matter be **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge.

**SIGNED** on this 12th day of August 2019, at Alexandria, Louisiana.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT